IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:01CR85-3 |
| | ) | (Financial Litigation Unit) |
| TYRONE BERNARD JENNINGS, | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RAINTREE HEALTHCARE, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Tyrone

Bernard Jennings is DISMISSED.


Signed: June 25, 2012


_____
David C. Keesler
United States Magistrate Judge